

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2014

No. 04-14-00175-CV

**IN THE INTEREST OF A.J.P.,** a Child,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02469
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

In this accelerated appeal of an order terminating Appellant's parental rights, Appellant's court-appointed attorney filed an *Anders* brief in which counsel asserts there are no meritorious issues to raise on appeal. *See Anders v. California*, 386 U.S. 738, 744 (1967); *In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in a parental rights termination appeal). Counsel has informed Appellant of her right to file a pro se brief. The State has filed a letter waiving its right to file an appellee's brief unless Appellant files a pro se brief.

If Appellant desires to file a pro se brief, we ORDER Appellant to do so **within TWENTY DAYS of the date of this order**. *See* TEX. R. APP. P. 38.6(a). If Appellant files a pro se brief, the State may file a responsive brief not later than TWENTY DAYS after the date Appellant's pro se brief is filed in this court. *See id.* R. 38.6(b).

Counsel's motion to withdraw is HELD IN ABEYANCE pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2014.

_____
Keith E. Hottle
Clerk of Court